

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-20-00055-CV

SIAVASH RASTAGHI, Appellant

V.

GEICO COUNTY MUTUAL INSURANCE COMPANY, Appellee

On Appeal from the County Court at Law No. 1
Collin County, Texas
Trial Court No. 001-03031-2019

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted:     November 2, 2020
Date Decided:       November 3, 2020